WANGER JONES HELSLEY PC
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Scott D. Laird #190122
Jena M. Harlos #276420

Attorneys for: River Park Properties III, a California Limited Partnership

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RACHEL BRYANT<br><br>Plaintiff,<br><br>v.<br><br>APPLE MID CAL II LLC DBA APPLEBEES NEIGHBORHOOD GRILL AND BAR; RIVER PARK PROPERTIES III, A CALIFORNIA LIMITED PARTNERSHIP<br><br>Defendants. | Case No. 1:17-cv-01224-DAD-BAM<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT RIVER PARK PROPERTIES TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**[Local Rule 144]**<br><br>Complaint Filed: September 8, 2017 |

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff Rachel Bryant ("Plaintiff") and Defendant River Park Properties III, LP ("Defendant"), pursuant to Local Rule 144(a), the time for Defendant to file a responsive pleading to Plaintiff's Complaint is extended twenty-eight (28) days from the original deadline, and must be filed on or before November 7, 2017. Defendant reserves all its rights and defenses under Federal Rules of Civil Procedure, Rule 12.

IT IS SO STIPULATED.

Dated: October 10, 2017

MISSION LAW FIRM, A.P.C.

By: */s/ Zachary M. Best*
Zachary M. Best
Attorneys for Plaintiff Rachel Bryant

Dated: October 10, 2017

WANGER JONES HELSLEY PC

By: *__/s/ Jena M. Harlos__*
Scott D. Laird
Jena M. Harlos
Attorneys for Defendant,
River Park Properties III, LP

**Filer's Attestation-Local Rule 131(e)**

The filing attorney attests that she has obtained concurrence regarding the filing of this document and its content from the signatories.

**PROOF OF SERVICE**

My business address is 265 E. River Park Circle, Suite 310, Fresno, California 93720. I am employed in Fresno County, California. I am over the age of 18 years and am not a party to this case.

On the date indicated below, I served the foregoing document(s) described as: **STIPULATION TO EXTEND TIME FOR DEFENDANT RIVER PARK PROPERTIES TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT [Local Rule 144]** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Zachary M. Best
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, CA 95112
Fax: (408) 298-6046
E-Mail: service@mission.legal

Counsel for Plaintiff, Rachel Bryant

______ (BY U.S. MAIL) I am readily familiar with the business' practice for collection and processing of correspondence for mailing, and that correspondence, with postage thereon fully prepaid, will be deposited with the United States Postal Service on the date noted below in the ordinary course of business, at Fresno, California.

______ (BY ELECTRONIC MAIL) I caused such documents to be scanned into PDF format and sent via electronic mail to the electronic mail addressee(s) of the addressee(s) designated.

______ (BY PERSONAL SERVICE) I caused delivery of such envelope(s), by hand, to the office(s) of the addressee(s).

__×__ (BY ELECTRONIC SERVICE VIA ECF) I transmitted a true copy of the above entitled document(s) to CM/ECF for filing and service on all parties.

______ (BY FACSIMILE) I caused the above-referenced document to be delivered by facsimile to the facsimile number(s) of the addressee(s).

______ (BY OVERNIGHT COURIER) I caused the above-referenced envelope(s) to be delivered to an overnight courier service for delivery to the addressee(s).

EXECUTED ON October 10, 2017, at Fresno, California.

__×__ (FEDERAL) I declare that I am employed in this office of a member of the bar of this court at whose direction this service was made.

*/s/ Anita Ricardo*
Anita Ricardo